F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 12 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00297-BNB

WESTON D. RICHARDSON,

    Plaintiff,

v.

SAN MIGUEL COUNTY GOVERNMENT ADMINISTRATION,
SHERIFFS [sic] DEPARTMENT, UNDERSHERIFF WALTER,
MASTER SGT. LINDA,
CORPORAL HUNT,
CORPORAL PETE,
C.O. CLAY,
TOWN OF TELLURIDE MAYORS [sic] OFFICE,
MAYOR STU FRASER,
JOHN DOE AND JANE DOE 1-5, All Named Defendants in Their Official and Individual
    Capacities, and Defendants Whose Last Names Unknown at This Time to be
    Given at a Late [sic] Date,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Weston D. Richardson, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the correctional facility in Sterling, Colorado. Mr. Richardson, acting *pro se*, initiated this action by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on February 17, 2011, Magistrate Judge Boyd N. Boland instructed Mr. Richardson to cure certain deficiencies if he wished to pursue his claims.

Specifically, Magistrate Judge Boland ordered Mr. Richardson to file his claims on a Court-approved form that is used in filing prisoner complaints and to submit a

certified copy of his trust fund account statement. Mr. Richardson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On March 18 and on April 12, 2011, Mr. Richardson filed requests for extensions of time to cure the deficiencies. Magistrate Judge Boland granted both requests. The April 12 request was for an extension of twenty days to cure the deficiencies. The twenty days expired on May 4, 2011. Mr. Richardson now has failed to communicate with the Court. As a result, he has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies.

DATED at Denver, Colorado, this __12th__ day of ___May___, 2011.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00297-BNB

Weston D Richardson
Prisoner No. 143131
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk